[Cite as *State ex rel. Beckwith v. Russo*, 2017-Ohio-8665.]

# Court of Appeals of Ohio

## EIGHTH APPELLATE DISTRICT
## COUNTY OF CUYAHOGA

JOURNAL ENTRY AND OPINION
**No. 106318**

# STATE OF OHIO, EX REL.
# RONALD BECKWITH

RELATOR

vs.

# COMMON PLEAS COURT
# JUDGE NANCY MARGARET RUSSO

RESPONDENT

## JUDGMENT:
WRIT DENIED

Writ of Mandamus
Motion No. 511316
Order No. 511726

**RELEASE DATE:** November 17, 2017

**FOR RELATOR**

Ronald Beckwith, pro se
Inmate No. A663562
Richland Correctional Institution
P.O. Box 8107
Mansfield, Ohio   44901


**ATTORNEYS FOR RESPONDENT**

Michael C. O'Malley
Cuyahoga County Prosecutor
By:   James E. Moss
Assistant County Prosecutor
The Justice Center
1200 Ontario Street
Cleveland, Ohio   44113

FRANK D. CELEBREZZE, JR., J.:

**{¶1}** Ronald Beckwith has filed a complaint for a writ of mandamus through which he seeks an order that requires Judge Nancy Margaret Russo to render a judgment and issue findings of fact and conclusions of law with regard to a petition for postconviction relief, filed in *State v. Beckwith*, Cuyahoga C.P. No. CR-14-585247. Judge Russo has filed a motion for summary judgment that is granted.

**{¶2}** Attached to Judge Russo's motion for summary judgment is a copy of a judgment entry, journalized on October 10, 2017, which demonstrates that Judge Russo has rendered a ruling with regard to Beckwith's petition for postconviction relief. Thus, Beckwith's request for a writ of mandamus is moot. "[R]elief is unwarranted because mandamus * * * will not compel the performance of a duty that has already been performed." *State ex rel. Hopson v. Cuyahoga Cty. Court of Common Pleas*, 135 Ohio St.3d 456, 2013-Ohio-1911, 989 N.E.2d 49, ¶ 4. In addition, mandamus may not be employed to control judicial discretion and compel Judge Russo to grant Beckwith's petition for postconviction relief. *Thompson v. State*, 8th Dist. Cuyahoga No. 99265, 2013-Ohio-1907.

**{¶3}** Accordingly, we grant Judge Russo's motion for summary judgment. Costs waived. The court directs the clerk of courts to serve all parties with notice of this judgment and the date of its entry upon the journal as required by Civ.R. 58(B).

**{¶4}** Writ denied.

FRANK D. CELEBREZZE, JR., JUDGE

ANITA LASTER MAYS, P.J., and
EILEEN A. GALLAGHER, J., CONCUR